**DISMISS; and Opinion Filed June 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00440-CV

### IN THE INTEREST OF S.G.G., A CHILD

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54349-2014**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Before the Court is appellee's motion to dismiss the appeal. In a letter dated May 6, 2015, the Court instructed appellant to file, within ten days, either written verification that payment or payment arrangements for the clerk's record had been made or written documentation showing that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to provide the documentation within the time specified may result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellant has not filed a response. Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

150440F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.G.G., A CHILD

No. 05-15-00440-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas.
Trial Court Cause No. 401-54349-2014.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANGELA BUTLER recover her costs of this appeal from appellant JIMMY JOHNSON.

Judgment entered this 25th day of June, 2015.